**O**

# United States District Court
# Central District of California

| | |
|---|---|
| DR. SUMAYYAH AL-NASSER, | Case № 2:20-cv-03582-ODW (Ex) |
| Plaintiff, | |
| v. | **ORDER DENYING MOTION TO DISMISS [9] AND MOTION TO ENFORCE [10] AS MOOT** |
| SHAY SERDY et al., | |
| Defendants. | |

///
///
///
///
///
///
///
///
///
///
///
///

Defendants Shay Serdy and Peter E. Barker-Homek filed a motion to dismiss Plaintiff Sumayyah Al-Nasser's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) and a "Motion to Enforce Federal Rule of Evidence 408," which the Court construes as a motion to strike portions of the Complaint.  (*See* Mot. to Dismiss, ECF No. 9; Mot. to Enforce, ECF No. 10.)  On May 26, 2020, Plaintiff filed a first amended complaint in lieu of opposing Defendants' motions.  (FAC, ECF No. 18; Notices of Filing, ECF Nos. 19–20.)   Defendants do not challenge the propriety of Plaintiff's filing an amended complaint and request the Court vacate the pending motions.  (*See* Defs.' Req., ECF No. 21.)  As the pending motion to dismiss (ECF No. 9) and motion to enforce (ECF No. 10) were based on a complaint that is no longer operative, the motions are **DENIED** as **MOOT**.  *See Ramirez v. Cty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015).

**IT IS SO ORDERED.**

May 28, 2020

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**